IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DARRIAN DANIELS,**

        Plaintiff,

v.

**ANTHONY WILLS, QUINN BAKER, TYSON CHOATE, JAKOB UPTON, and C/O MODGLIN,**

        Defendants.

Case No. 23-cv-2061-NJR

## NOTICE OF IMPENDING DISMISSAL

**ROSENSTENGEL, Chief Judge:**

On June 15, 2023, Plaintiff Darrian Daniels filed a motion for preliminary injunction, without a formal Complaint (Doc. 1). On that same date, Daniels was notified that he was required to pay the $402.00 filing fee within 30 days from the date of the notice or file a motion to proceed without prepaying fees or costs (Doc. 3). Daniels did not pay the filing fee nor did he file a motion to procced without prepayment of fees. He filed a formal Complaint and was allowed to proceed on his claims (Docs. 4, 6).

On July 10, 2023, Daniels filed a motion to order filing fee to be taken from his account (Doc. 14). Daniels contended that the trust fund officer failed to provide him with money vouchers, and he was unable to pay the filing fee, despite having adequate funds in his account (Doc. 14). The Court denied the motion but instructed that the order directing payment be forwarded to the trust fund officer (Doc. 18). The deadline to pay the full filing fee was also extended to August 10, 2023. As of this date, Daniels still has not paid the full filing fee or asked for additional time to do so. But Daniels will be given *one last opportunity* to pursue this case.

Accordingly, Daniels is **ORDERED** to file a Motion for Leave to Proceed IFP or pay the $402.00 filing fee for this case on or before **September 26, 2023**. **Failure to comply with this Order will result in the dismissal of this action for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b) without further notice.**

IT IS SO ORDERED.

DATED:   September 12, 2023

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**