IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DARRIAN DANIELS,**

         **Plaintiff,**

v.

**ANTHONY WILLS,** *et al.,*

         **Defendants.**

**Case No. 23-cv-2061-NJR**

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

      This matter is before the Court on a Notice (Doc. 103) filed by Plaintiff Darrian Daniels. This is Daniels's third such notice/motion related to an incident involving an inmate worker on January 9, 2024, (*See* Docs. 98, 101). Daniels previously informed the Court that an inmate worker threw hot food on him while he slept, causing severe burns. The Court directed Daniels to file a new lawsuit about his allegations as the claims were unrelated to the claims in this lawsuit.

      Daniels's most recent Notice acknowledges that he has now received medical care for his injuries. But he also alleges that he was recently returned to the West Cellhouse and was subsequently assaulted by another inmate worker who cut his arm with a knife. After the transfer, items from his personal property box were stolen, including clothes, shoes, pictures, and his razor. Although he filed a grievance on the incident, Daniels alleges that Warden Wills (a defendant in this case) will not respond, and he believes Wills was behind the two attacks, although he acknowledges he has no evidence to

support this belief. He also alleges that correctional officers in the West Cellhouse told inmate workers that he reported on the workers, making him a "dead man walking." Daniels believes that he was intentionally placed back in the West Cellhouse by Warden Wills.

Once again, these new allegations appear to be unrelated to the claims in this lawsuit. But given the serious nature of the allegations and the allegations that Warden Wills is directing these events due to Plaintiff's Complaint, the Court **DIRECTS** Warden Wills to respond to the allegations in the notice (Doc. 103). Wills's response is due on or before **February 22, 2024**.

**IT IS SO ORDERED.**

DATED:   February 8, 2024

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**